People of State of Illinois, Defendant in Error, v. Carl M. Snively, and Walter C. Adams, Plaintiffs in Error.

Gen. No. 46,931. 

First District, Third Division.
October 17, 1956.
Released for publication November 28, 1956.

E. A. Simmons, for plaintiffs in error; John Gutknecht, State's Attorney, of Cook county, for defendant in error; Charles D. Snewind, Francis X. Riley, and William Sylvester White, Assistant State's Attorneys, of counsel. Opinion by JUDGE LEWE. Not to be published in full.